**DISMISS and Opinion Filed July 2, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

### No. 05-21-00142-CV

## RODDRICK SMITH, Appellant
## V.
## ANDREW PEPPER, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-05325-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

The filing fee and docketing statement in this appeal are past due. By postcard dated March 4, 2021, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated March 4, 2021, we notified appellant the docketing statement had not been filed in this case.[1] We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal.

---

[1] Both the filing fee notice and the docketing statement notice were returned to the Court as undeliverable. The clerk's office attempted to contact appellant by telephone, but was unsuccessful.

To date, appellant has not paid the filing fee, filed the docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 5; 42.3(b)(c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210142F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

RODDRICK SMITH, Appellant

No. 05-21-00142-CV          V.

ANDREW PEPPER, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas

Trial Court Cause No. CC-20-05325-D.

Opinion delivered by Chief Justice Burns. Justices Molberg and Smith participating.


In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered July 2, 2021